1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JACQUERE JAMES DORAN,                        No.  2:22-cv-2040 KJN P

12                  Petitioner,

13          v.                                     ORDER

14   DAVID BREWER,

15                  Respondent.

16

17          Petitioner's second amended petition for a writ of habeas corpus pursuant to 28 U.S.C.

18   § 2241 is before the court.

19          Because petitioner may be entitled to the requested relief if the claimed violation of

20   constitutional rights is proved, respondent is directed to file an answer or a motion to dismiss.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Respondent is directed to file an answer or a motion to dismiss within sixty days from

23   the date of this order.  If an answer is filed, respondent shall include with the answer any and all

24   transcripts or other documents relevant to the determination of the issues presented in the

25   application.

26          2.  Petitioner's traverse, if any, is due on or before thirty days from the date respondent's

27   answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the

28   motion to dismiss.

1

3.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

Dated:  January 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/dora2040.100am