1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JACQUERE J. DORAN,                          No.  2:22-cv-2040 KJN P

12                      Petitioner,

13             v.                                    ORDER

14      WARDEN, FCI-HERLONG,

15                      Respondent.

16

17             On April 25, 2023, respondent filed a motion to dismiss and response.  On May 17, 2023,

18      in response to petitioner's status request, petitioner was informed that respondent filed a response

19      and motion to dismiss on April 25, 2023.  Twenty-one days have passed, and petitioner did not

20      oppose the motion or seek an extension of time to do so.

21             Local Rule 230(l) provides in part:  "Failure of the responding party to file written

22      opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

23      the granting of the motion . . . ."  Id.

24             Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

25      imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

26      the Court."  Id.

27             Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

28      ////

1

1     **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
to comply with these rules or a court order, a defendant may move to
2     dismiss the action or any claim against it.  Unless the dismissal order
states otherwise, a dismissal under this subdivision (b) and any
3     dismissal not under this rule--except one for lack of jurisdiction,
improper venue, or failure to join a party under Rule 19--operates as
4     an adjudication on the merits.

5   <u>Id.</u>

6        Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days from the

7 date of this order, petitioner shall file an opposition, if any, to the motion to dismiss.  Failure to

8 file an opposition will be deemed as consent to have the: (a) action dismissed for lack of

9 prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a

10 court order.  Such a failure shall result in a recommendation that this action be dismissed pursuant

11 to Federal Rule of Civil Procedure 41(b).

12 Dated:  June 13, 2023

13

14                       KENDALL J. NEWMAN
                      UNITED STATES MAGISTRATE JUDGE

15

/dora2040.nop

16

17

18

19

20

21

22

23

24

25

26

27

28